No. 4383.—Oliver, Apldo., *v.* Román, Aplte.—C. D. San Juan. Nov. 22, 1927. Apareciendo de estos autos que han transcurrido más de treinta días desde que el apelante fué notificado en 17 de agosto último de haber sido aprobada la

transcripción de la evidencia para su apelación sin que haya presentado en este Tribunal la transcripción de los autos debemos desestimarla y la desestimamos.